The Honorable John H. Chun

Ryan M. Best, WSBA# 33672
Best Law, PLLC
905 W. Riverside Ave., Ste. 409
Spokane, WA 99201
Telephone: (509) 624-4422
Email:  ryan.best@bestlawspokane.com

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY MCCLINCY, an individual, <br><br> Plaintiff, <br> vs. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Insurance Company and a wholly owned subsidiary of LIBERTY MUTUAL GROUP INC., a Massachusetts Corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire Corporation doing business in Washington. <br><br> Defendants. | NO. 2:22-cv-01274-JHC <br><br> STIPULATION AND ORDER OF VOLUNTARY DISMISSAL <br><br> Without Oral Argument |

### I.   STIPULATION

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL 1

COME NOW the above-named parties, by and through their attorneys of records, and Stipulate to an Order Dismissing Plaintiff's Complaint, with prejudice, and with each party bearing their own attorney fees and costs.

Dated: January 30, 2023                     BEST LAW, PLLC

                   /s Ryan M. Best
Ryan M. Best, WSBA 33672
905 W. Riverside Ave, Suite 409
Spokane, WA 99201
Telephone: (509) 624-4422
Email: ryan.best@bestlawspokane.com

Dated: January 30, 2023                     BULLIVANT HOUSER BAILEY PC

                   /s Jeffrey V. Hill
JEFFREY V. HILL, WSBA 15483
BRADFORD H. LAMB, WSBA 47143
Attorneys for Defendants
925 4th Ave, Suite 3800
Seattle, Washington 98104
P: (206) 292-8930
Email: jeffrey.hill@bullivant.com
Email: bradford.lamb@bullivant.com

**ORDER**

THIS MATTER having come before the Court by the foregoing stipulation of the parties; and the Court being full advised in the premises; does hereby;

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL 2

ORDER, ADJUDGE, AND DECREE that Plaintiff's this matter is Dismissed with Prejudice and without costs to any of the parties.

DATED: January 30, 2023.

_____
Honorable John H. Chun
United States District Judge

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL 3